JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

County in which action arose: Wayne

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CHRISTOPHER ANDREWS

## DEFENDANTS
CARIBBEAN CRUISE LINE, INC.

**(b)** County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se
P.O. Box 530394, Livonia, MI 48153
(248) 635-3810

Attorneys *(If Known)*
Smith Haughey Rice & Roegge PC
100 Monroe Center Street NW
Grand Rapids, MI 49503

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [x] 890 Other Statutory Actions |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
Plaintiff asserts causes of action under 47 U.S.C. s 227 and 15 U.S.C. s 6101 et seq.

Brief description of cause:
Plaintiff alleges he received two violative telephone calls without his consent

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 3,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: December 22, 2016

SIGNATURE OF ATTORNEY OF RECORD: /s/ K. E. G.

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER ANDREWS, | : |
| Plaintiff, | : |
| v. | : CASE NO.: |
| CARIBBEAN CRUISE LINE, INC., | : |
| Defendant. | : |

## NOTICE OF REMOVAL

Defendant CARIBBEAN CRUISE LINE, INC. ("CCL" or "Defendant"), pursuant to 28 U.S.C. §§ 1331, 1367, 1441(a), and 1446, with full reservation of all defenses, hereby removes this action from the 16th Judicial District, Livonia, Michigan to the United States District Court for the Eastern District of Michigan. In support of this Notice of Removal, CCL states as follows:

**I.    Background**

1. On or about November 28, 2016, Plaintiff Christopher Andrews filed an Affidavit and Claim instituting this lawsuit in the 16th Judicial District, Livonia, Michigan, Case No. 16-2028 SC (the "Affidavit and Claim"). A true and correct copy of the Affidavit and Claim served upon CCL is attached hereto as Exhibit A.

2. The suit arises from two alleged telephone calls to Plaintiff's cellular telephone allegedly placed by Defendant that Plaintiff alleges violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"), the Do Not Call Act, 15 U.S.C. § 1601 *et seq.* ("DNCA"), and the Michigan Consumer Protection Act.

3. On December 6, 2016, Defendant was served in Florida by mail with a copy of

the Affidavit and Claim.

4. Pursuant to the Affidavit and Claim, Defendant must appear in court in the 16th Judicial District on January 4, 2017.

5. Defendant now timely removes this action to this Court.

## II. Basis for Jurisdiction

6. This Court has jurisdiction over this removed action pursuant to 28 U.S.C. §§ 1331, 1367, and 1441(a). This claim could have been originally filed in this Court pursuant to 28 U.S.C. § 1331, as this Court has original jurisdiction over all civil actions arising under the "Constitution, laws, or treaties of the United States."

7. Plaintiff's Affidavit and Claim asserts violations of the two federal laws, the TCPA and the DNCA. *See generally* Ex. A. The Supreme Court of the United States in *Mims v. Arrow Financial Services LLC*, 132 S. Ct. 740, 747-53 (2012), addressed the issue of whether the federal district courts have jurisdiction over TCPA claims, holding that such a claim is, in fact, one that "arises under" the laws of the United States. And the DNCA expressly specifies that an affected person can bring a private right of action "in an appropriate district court of the United States." 15 U.S.C. § 6104. As such, this Court has federal question jurisdiction over this matter.

8. Indeed, pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Thus, this Court has federal question jurisdiction.

9. Based upon the foregoing, this Court has federal question jurisdiction over this

action and venue is proper in this Court.

10. The Court also has supplemental jurisdiction over any claim under the Michigan Consumer Protection Act pursuant to 28 U.S.C. § 1367, as any such claim is so related to the TCPA and DNCA claims over which the Court has original jurisdiction that it forms part of the same case or controversy under Article III of the United States Constitution.

**III.    Notice Given**

11. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be promptly served on Plaintiff, and a copy will be promptly filed with the Clerk of the 16th Judicial District, Livonia, Michigan.

**IV.    Removal is Timely Filed**

12. This Notice has been timely filed within thirty (30) days of Defendant's receipt of the filed Affidavit and Claim on December 6, 2016, as required by 28 U.S.C. § 1446(b)(2).

**V.    Pleadings and Process**

13. As required by 28 U.S.C. § 1446(a), copies of all state court process and pleadings served upon Defendant are attached to this Notice of Removal as Exhibit A.

**VI.    Venue**

14. Pursuant to 28 U.S.C. § 1441(a), venue in this District Court is proper for purposes of removal because this action is currently pending in the 16th Judicial District, Livonia, Wayne County, Michigan, which is in the same District as the United States District Court for the Eastern District of Michigan, Southern Division.

**VII.    Non-Waiver of Defenses**

15. Nothing in this Notice shall be interpreted as a waiver or relinquishment of Defendant's rights to assert any defense or affirmative matter, including, without limitation,

motions to dismiss pursuant to Federal Rule of Civil Procedure 12.

ACCORDINGLY, pursuant to 28 U.S.C. §§ 1331, 1367, 441(a), and 1446, this Court has jurisdiction over this matter, and Defendant CARIBBEAN CRUISE LINE, INC. hereby removes this action from the 16th Judicial District, Livonia, Michigan, to this Court.

Dated: December 22, 2016                    Respectfully Submitted,


                                                   */s/ Kristen E. Guinn*
Kristen E. Guinn (P72148)
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center , NW
Grand Rapids, MI 49503
(616) 458-6245 (Telephone)
(616) 774-2461 (Facsimile)
kguinn@shrr.com

GREENSPOON MARDER, P.A.
Richard W. Epstein (Florida Bar No. 229091)
Jeffrey A. Backman (Florida Bar No. 662501)
Roy Taub (Florida Bar No. 116263)
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL  33301
Tel:  (954) 491-1120
Fax: (954) 213-0140
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Roy.Taub@gmlaw.com

*Attorneys for Defendant*
*Caribbean Cruise Line, Inc.*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U.S. first class mail on this 22nd day of December 2016, to the following:

Christopher Andrews
P.O. Box 530394
Livonia, Michigan 48153

*Plaintiff Pro Se*

              /s/ *Kristen E. Guinn*
              KRISTEN E. GUINN

# Exhibit A

To order this form call (517) ___-____
Target Information Management, Inc.

Approved, SCAO

Case 5:16-cv-14449-JEL-SDD   ECF No. 1   filed 12/22/16   PageID.9   Page 9 of 9

Original - Court (with instructions)
1st copy - Defendant (with instructions)
2nd copy - Plaintiff (with instructions)
3rd copy - Return (with proof of service)

| STATE OF MICHIGAN 16th JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM Small Claims | CASE NO. 16-2028 SC |
|---|---|---|

Court address: 32765 FIVE MILE ROAD LIVONIA, MI. 48154
Court telephone no.: 734-466-2500

See instructions on the back of plaintiff and defendant copies.

1. Plaintiff: CHRISTOPHER ANDREWS
   Address: P.O. BOX 530394
   City, state, zip: LIVONIA, MI. 48153   Telephone no.: 248-635-3810

2. Defendant: CARIBBEAN CRUISE LINE INC. AND JOHN DOES ET. AL.
   Address: 5100 N STATE ROAD 7
   City, state, zip: FORT LAUDERDALE, FLORIDA   Telephone no.: 55319-3397

**NOTICE OF HEARING**
For Court Use Only

The plaintiff and the defendant must be in court on
Day: Wednesday   Date: JANUARY 4, 2017
Time: 3:00 pm   at [X] the court address above.
Location: _____

Process server's name: CERT MAIL FORM
Fee paid: $ 70.00 + 13.00    1.00

RECEIVED NOV 28 2016 16TH DISTRICT COURT

3. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is _____ The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
   [X] the plaintiff or his/her guardian, conservator, or next friend.   ☐ a partner.   ☐ a full-time employee of the plaintiff.

5. The plaintiff is  [X] an individual.  ☐ a partnership.  ☐ a corporation.  ☐ a sole proprietor.  ☐ Other _____

6. The defendant is  ☐ an individual.  ☐ a partnership.  [X] a corporation.  ☐ a sole proprietor.  ☐ Other _____

7. The date(s) the claim arose is/are ① NOVEMBER 05, 2015 AND NOVEMBER 06, 2015
   Attach separate sheets if necessary

8. Amount of money claimed is $ 3,000.00 . (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are SEE EXHIBITS 1 AND 2 VIOLATING TCPA OF 1991, 47 USC 227, DO NOT CALL ACT 2003 PUBLIC LAW 108-10 CODIFIED AT 15 USC 6101 AND MICHIGAN CONSUMER PROTECTION ACT BY CALLING WITH A PRERECORDED SPEAKING WITH ME CALLS RECEIVED IN LIVONIA, MI. 7 DAY BY THE STATUTE FOR CAUSE INCURRED DAMAGES

10. The plaintiff understands and accepts that the claim is limited to $5,500 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant [X] is  ☐ is not  mentally competent.  I believe the defendant [X] is  ☐ is not  18 years or older.

12. ☐ I do not know whether the defendant is in the military service.  [X] The defendant is not in the military service.
    ☐ The defendant is in the military service.

Signature: /s/ Christopher Andrews

Subscribed and sworn to before me on 11/28/16 , _____ County, Michigan.

My commission expires: _____
                        Date
Signature: _____ Deputy clerk/Notary public
Notary public, State of Michigan, County of _____

The defendant(s) must be served by 02/27/17 .
                                     Expiration date

DC 84 (12/14) AFFIDAVIT AND CLAIM, Small Claims    MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 521
Order this form as DC84/I (with instructions)

DEFENDANT