UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER ANDREWS,

    Plaintiffs,

v.

CARIBBEAN CRUISE LINE, INC.,

    Defendant.

CASE NO.: 2:16-cv-14449-JEL-SDD

Hon. Judith E. Levy
Magistrate Stephanie Dawkins Davis

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Christopher Andrews and Defendant Caribbean Cruise Line, Inc. ("CCL"), CCL by and through its attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear their own costs and fees. The parties request that the Clerk of Court now close this case.

DATED: December 29, 2016

CHRISTOPHER ANDREWS

*/s/ Christopher Andrews*

Christopher Andrews
P.O. Box 530394
Livonia, Michigan 48153
(248) 635-3810 (Telephone)

*Plaintiff Pro Se*

GREENSPOON MARDER, P.A.

*/s/ Roy Taub*
Richard W. Epstein, Esq.
Fla. Bar No. 229091
Jeffrey A. Backman, Esq.
Fla. Bar No. 662501
Roy Taub, Esq.
Fla. Bar No. 116263
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301

954.491.1120 (Telephone)
954.333.4231 (Facsimile)
richard.epstein@gmlaw.com
jeffrey.backman@gmlaw.com
roy.taub@gmlaw.com

-and-

Kristen E. Guinn
Michigan Bar No. P72148
SMITH HAUGHEY RICE & ROEGGE
100 Monroe Center Street NW
Grand Rapids, MI 49503
(616) 458-6245 (Telephone)
(616) 774-2461 (Facsimile)
kguinn@shrr.com

*Attorneys for Defendant
Caribbean Cruise Line, Inc.*

28993804:1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U.S. first class mail and e-mail on this 29st day of December 2016, to the following:

Christopher Andrews
P.O. Box 530394
Livonia, Michigan 48153
caaloa@gmail.com

*Plaintiff Pro Se*

                                            /s/ *Roy Taub*
                                         ROY TAUB