UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Christopher Andrews,

        Plaintiff,        Case No. 16-cv-14449

v.        Judith E. Levy
        United States District Judge

Caribbean Cruise Line, Inc.,

        Mag. Judge Stephanie Dawkins
        Defendant.    Davis

_____/

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to a stipulation of the parties (Dkt. 6), it is ORDERED that the case be DISMISSED WITHOUT PREJUDICE, with each party to bear their own costs and fees.

IT IS SO ORDERED.

Dated: January 4, 2017        s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
        United States District Judge

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 4, 2017.

                                              s/Felicia M. Moses
                                              FELICIA M. MOSES
                                              Case Manager